JOHN J. VOGLER, Respondent, v. NATHANIEL DOYLE, Appellant, and Another, Defendant. (Action No. 3.) — Judgment and order reversed and new trial granted, with costs to abide the event. The finding of fact implied in the verdict of the jury that the appellant was negligent is reversed as contrary to the evidence. Blackmar, P. J., Rich, Kelly and Jaycox, JJ., concur; Putnam, J., votes for affirmance.

MORRIS VOLINSKY and JACOB GINSBERG, Appellants, v. BUFFALO INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

SARAH WHITAKER, as Administratrix, etc., of MATTHEW WHITAKER, Deceased, Respondent, v. BROOKLYN CITY RAILROAD COMPANY, Defendant, and JOHN WILFERT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

JACOB YELON, Respondent, v. ISAAC CHAPRAK and WILLIAM SLOTTMAN, Appellants.— Judgment modified by providing that the matter be referred to the Hon. Lester W. Clark as official referee, and as modified affirmed, with costs to the plaintiff payable by the defendant Slottman. The amount involved in this controversy is so small and the financial condition of the parties is such that we think it is a proper case for an official referee. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

In the Matter of the Petition of EMBO LAND COMPANY for a Peremptory Writ of Mandamus, etc. Closing of Spruce Street or Shaw Avenue between Rockaway Boulevard and Liberty Avenue, etc.— Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.; Mills, J., not voting. Settle order, with questions to be certified, upon notice, before Mr. Justice Putnam.

In the Matter of the Application of BERNARD GOULD for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of CHARLES WARNER PAINE for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of FREDERICK BURNS PETERSON for Admission to the Bar. (From the State of Wisconsin.) — Application granted. Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of JAMES WINFRED REID for Admission to the Bar. (From the State of Kansas.) — Application granted. Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.

In the Matter of Summary Proceedings. ROCKAWAY POINT COMPANY, INC., Respondent, v. SOPHIE FRIBERG, Appellant, etc. (Action No. 1.) — Motion for stay denied, without costs. Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of GRATTAN T. STANFORD for Admission to the Bar. (From the State of Kansas.) — Application granted. Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.